846

No. 89–3.  SYNERGY GAS CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 2d Cir.  Certiorari denied.  ■

No. 89–4.  ALASKA PACIFIC INC. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 89–5.  ELLENBERG, TRUSTEE IN BANKRUPTCY FOR RODGER & RODGER, INC. *v.* T & B SCOTTDALE CONTRACTORS, INC.  C. A. 11th Cir.  Certiorari denied.

No. 89–6.  WILLIAMS ET AL. *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 89–7.  JOSEPH *v.* UNITED STATES;
No. 89–5044.  KNIGHT *v.* UNITED STATES; and
No. 89–5058.  WASHINGTON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.  Reported below: 867 F. 2d 1285.

No. 89–8.  ARNOLD ET AL. *v.* POSTMASTER GENERAL.  C. A. D. C. Cir.  Certiorari denied.

No. 89–9.  DEROBURT *v.* GANNETT CO., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–10.  COSGROVE *v.* SOUTH DAKOTA.  Sup. Ct. S. D.  Certiorari denied.

No. 89–11.  DURKAN *v.* DEPARTMENT OF AGRICULTURE.  C. A. Fed. Cir.  Certiorari denied.

No. 89–13.  OREGON PHYSICIAN'S SERVICE *v.* HAHN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–14.  WARD *v.* UNITED STATES POSTAL SERVICE.  C. A. 3d Cir.  Certiorari denied.

No. 89–15.  MUNOZ-LOPEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 89–16.  BINGHAM TOYOTA, INC., ET AL. *v.* VIZZOLINI ET AL.  C. A. 9th Cir.  Certiorari denied.